

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 06- 81 |
| ) | |
| ROBERT J. HARRIS, Jr ) | |
| ) | |
| Defendant. ) | |

F I L E D

AUG - 1 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Count 1

On or about April 27, 2006, in the District of Delaware, Robert J. Harris, Jr., the defendant, knowingly did possess a firearm, that is, a .9mm semi-automatic pistol, manufactured by Smith & Wesson, serial no. TCK2909, which had been transported in interstate commerce to Delaware, having been convicted on October 26, 1999, in Superior Court for Kent County, Delaware, of carrying concealed a deadly weapon, and further having been convicted on or about September 14, 2000, in Superior Court for Kent County, Delaware, of burglary third degree, both offenses punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### Count 2

On or about April 27, 2006, in the District of Delaware, Robert J. Harris, Jr., the defendant, did knowingly possess with the intent to distribute a mixture containing cocaine base, also known

as "crack", a schedule II narcotic controlled substance, in violation of 21 United States Code, Sections 841(a)(1) and (b)(1)(C).

### Count 3

On or about April 27, 2006, in the District of Delaware, Robert J. Harris, Jr., the defendant, knowingly did possess a firearm, that is, a .9mm semi-automatic pistol, manufactured by Smith & Wesson, serial no. TCK2909, in furtherance of a drug trafficking crime for which he could be prosecuted in a court of the United States, to wit, possession of cocaine base with the intent to distribute it, as set forth in Count 2 of this indictment, incorporated herein by reference, in violation of Title 18, United States Code, Sections 924(c)(1).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 8-1-06