AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| V. | |
| Robert J. Harris, Jr.<br>4 Lucia Circle<br>Milford, DE 19963 | Case Number:    CR 06-81 (UNA) |

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     Robert J. Harris, Jr.
                                                                                                 Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

POSSESSION OF A FIREARM BY A FELON

FILED
AUG 2 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in violation of Title    18    United States Code, Section(s)    922(g)(1) AND 924(a)(2)

| | |
|---|---|
| PETER T. DALLEO<br>Name of Issuing Officer | *Evelle Watson*, Deputy Clerk<br>Signature of Issuing Officer |
| CLERK OF COURT<br>Title of Issuing Officer | August 1, 2006 in WILMINGTON, DE<br>Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

*Robert J. Harris Jr.*

| DATE RECEIVED<br>8/1/06 | NAME AND TITLE OF ARRESTING OFFICER<br>Toby M. Conrad DUSM | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>8/22/06 | | |