UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>Robert J. Harris, Jr.<br>        Defendant. | )<br>)<br>)<br>)<br>)   CASE NO. CR 06-81 GMS<br>)<br>)<br>)<br>)<br>) |

## O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on *August 31, 2006* requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until *October 20, 2006*. The time between the date of this order and *October 20, 2006* shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161, et seq.).

                                                   _____
                                                   Honorable Mary Pat Thynge
                                                   U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney