UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| United States of America, | : |
| | : |
| v. | : |
| | : Case No.: 06-81-GMS |
| Robert J. Harris, Jr., | : |
| | : |
| Defendant. | : |

### STIPULATION FOR SUBSTITUTION OF COUNSEL

**COME NOW,** the undersigned attorneys, Kevin P. O'Neill, Esquire and Richard G. Freeman, Esquire hereby Stipulate that Kevin P. O'Neill, Esq. be substituted as attorney of record for the Defendant, Robert Harris, Jr., in the above-referenced case.

/s/ Kevin P. O'Neill
Kevin P. O'Neill, Esq.
1201 North King Street
Wilmington, DE 19801
(302) 622-9500

/s/ Richard G. Freeman
Richard G. Freeman, Esquire
924 Cherry Street, 4th Floor
Philadelphia, PA 19107
(215) 574-8818

FILED
OCT 1 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DATED: October 3, 2006