UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| United States of America, | : |
| | : |
| v. | : |
| | : Case No.: 06-81-GMS |
| Robert J. Harris, Jr., | : |
| | : |
| Defendant. | : |

### NOTICE OF MOTION

TO:

U.S. Department of Justice
United States Attorney's Office
District of Delaware
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
Attn: Edmond Falgowski, Assistant United States Attorney

**PLEASE TAKE NOTICE** that the attached *Motion for Extension of Time for the Filing of Pre-Trial Motions* will be presented at a time convenient to the Court.

```
F I L E D

OCT 19 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

_____
Kevin P. O'Neill, Esq.
Bar ID#: 2058
1201 North King Street
Wilmington, DE 19801
(302) 622-9500
Attorney for Defendant

DATED: October 19, 2006