UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| United States of America, | : |
| | : |
| v. | : |
| | : Case No.: 06-81-GMS |
| Robert J. Harris, Jr., | : |
| | : |
| Defendant. | : |

## MOTION FOR EXTENSION OF TIME FOR PRE-TRIAL MOTIONS

**COMES NOW**, the Defendant, Robert J. Harris, Jr., by and through his attorney, Kevin P. O'Neill, Esq., and respectfully moves this Honorable Court for an Extension of time for the Filing of Pre-Trial Motions based on the following:

1. Pre-Trial Motions on the above referenced case are due on October 20, 2006.

2. Mr. O'Neill's has just recently entered his appearance on this case.

3. Due to defense counsel's recent trial schedule, Mr. O'Neill has not be able to prepare these Motions.

4. This is the Defendant's first request for an extension in this case.



FILED

OCT 19 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**WHEREFORE**, the Defendant is respectfully requesting an Extension of the Pre-Trial Motion deadline and hereby waives any speedy trial claims or defenses.

_/s/ Kevin P. O'Neill_
Kevin P. O'Neill, Esq.
Bar ID#: 2058
1201 North King Street
Wilmington, DE 19801
(302) 622-9500
Attorney for Defendant

DATED: October 19, 2006

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| United States of America, | : |
| | : |
| v. | : |
| | : Case No.: 06-81-GMS |
| Robert J. Harris, Jr., | : |
| | : |
| Defendant. | : |

# ORDER

**IT IS SO ORDERED** this _____ day of _____, 2006, that defense counsel's Motion for Extension of Time for Filing Pre-Trial Motions has been **GRANTED**.

_____
Judge

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| United States of America, | : |
| | : |
| v. | : |
| | : Case No.: 06-81-GMS |
| Robert J. Harris, Jr., | : |
| | : |
| Defendant. | : |

### CERTIFICATE OF SERVICE

I, Gerri Spencer, secretary to Kevin P. O'Neill, Esq., hereby certify that on this 19th day of October, 2006 I delivered by fax the attached *Motion for Extension of Time for filing of Pre-Trial Motions* on the following:

U.S. Department of Justice
United States Attorney's Office
District of Delaware
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
Attn: Edmond Falgowski, Assistant United States Attorney

*Gerri Spencer* (signature)
Gerri Spencer
1201 North King Street
Wilmington, DE 19801
(302) 622-9500