IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA       :

                               :

v.                             : Criminal No. 06-81 GMS

                               :

RICHARD J. HARRIS, JR.

                               :

### ORDER

WHEREAS, on October 19, 2006, the defendant filed a Motion for Extension of Time within which to file his pretrial motions (D.I. 14);

WHEREAS, the government has orally indicated that it has no opposition to the extension of time;

WHEREAS, the court concludes that the ends of justice are served by a postponement of this case and that those interests outweigh the best interests of the public and the defendant in a speedy trial.

IT IS ORDERED THAT:

1. The Motion for Extension of Time is GRANTED. The defendant will file his pretrial motions by November 3, 2006; and

2. The time period between the date of this Order and November 3, 2006, shall be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, et seq.



_____
UNITED STATES DISTRICT JUDGE

October ___20___, 2006

FILED
OCT 2 0 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE