UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

United States of America,

v.

cR
Case No.: 06-81-GMS

Robert J. Harris, Jr.,

Defendant.



## NOTICE OF MOTION

TO:

U.S. Department of Justice
United States Attorney's Office
District of Delaware
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
Attn: Edmond Falgowski, Assistant United States Attorney

**PLEASE TAKE NOTICE** that the attached *Motion to Suppress Evidence* will be presented at a time convenient to the Court.

Kevin P. O'Neill, Esq.
Bar ID#: 2058
1201 North King Street
Wilmington, DE 19801
(302) 622-9500
Attorney for Defendant

DATED: November 3, 2006