UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| United States of America, | : |  |
|  | : |  |
| v. | : |  |
|  | : | Case No.: 06-81-GMS |
| Robert J. Harris, Jr., | : |  |
|  | : |  |
| Defendant. | : |  |



**MOTION TO SUPPRESS EVIDENCE**

**COMES NOW**, the Defendant, Robert J. Harris, Jr., by and through his attorney, Kevin P. O'Neill, Esq., and respectfully moves this Honorable Court to suppress evidence based on the following:

1. On the morning of his arrest, April 27, 2006, the defendant was sleeping at his girlfriend's residence, when and at which time, the police arrived pursuant to a search warrant, gained entrance to the residence, awoke the defendant and immediately placed him in custody. He was not the target of the warrant.

2. The search warrant affidavit lacked probable cause. The information contained in the affidavit was otherwise "stale."

3. The police placed the defendant immediately in custody, at and after which time he gave incriminating statements. All statements made by the

        defendant at the time of his arrest should be suppressed as he did not receive Miranda warnings prior to making such statements.

4.      At the time of his arrest, the police also lacked probable cause to arrest him.

5.      After his arrest, the defendant also later gave a taped statement containing incriminating information but did not receive proper Miranda warnings before giving this statement.

**WHEREFORE**, the Defendant respectfully requests that a hearing be scheduled on this Motion, that testimony be permitted, and that an Order be entered declaring the defendant's arrest to be without probable cause, the warrant itself to have been illegally issued, all statements made by the defendant be suppressed, and that all fruits and physical evidence seized by the police/DEA be excluded from the trial of this matter.

                                                                /s/ Kevin P. O'Neill
                                                          Kevin P. O'Neill, Esq.
                                                          Bar ID#: 2058
                                                          1201 North King Street
                                                          Wilmington, DE 19801
                                                          (302) 622-9500
                                                          Attorney for Defendant

DATED: November 3, 2006

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| United States of America, | : |
| | : |
| v. | : |
| | : Case No.: 06-81-GMS |
| Robert J. Harris, Jr., | : |
| | : |
| Defendant. | : |

# **ORDER**

**IT IS SO ORDERED this** _____ day of _____, 2006, as follows:

_____

_____

_____

_____

_____

_____
Judge

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| United States of America, | : |
| | : |
| v. | : |
| | : Case No.: 06-81-GMS |
| Robert J. Harris, Jr., | : |
| | : |
| Defendant. | : |

### CERTIFICATE OF SERVICE

I, Gerri Spencer, secretary to Kevin P. O'Neill, Esq., hereby certify that on this 3rd day of November, 2006 I delivered by fax the attached *Motion to Suppress Evidence* on the following:

U.S. Department of Justice
United States Attorney's Office
District of Delaware
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
Attn: Edmond Falgowski, Assistant United States Attorney

*Gerri Spencer*
Gerri Spencer
1201 North King Street
Wilmington, DE 19801
(302) 622-9500