

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

*Nemours Building*  (302) 573-6277
*1007 Orange Street, Suite 700*  *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

January 12, 2007

Honorable Gregory M. Sleet
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, Delaware  19801

  Re: **United States v. Robert J. Harris, Jr.**
     **Criminal Action No. 06-81-GMS**

Dear Judge Sleet:

  At the hearing scheduled for Wednesday, January 17, 2007, at 3:00 p.m., the defendant will enter a guilty plea pursuant to the terms of the enclosed Memorandum of Plea Agreement.

             Respectfully submitted,

             COLM F. CONNOLLY
             United States Attorney

             By: _____
             Edmond Falgowski
             Assistant United States Attorney

pc: Kevin P. O'Neill, Esquire

EF:slb
Enclosure

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 06-81-GMS |
| | ) | |
| ROBERT J, HARRIS, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OF PLEA AGREEMENT

Pursuant to discussions between the United States of America, by and through its attorney, Edmond Falgowski, Assistant United States Attorney for the District of Delaware, with the consent and knowledge of Colm F. Connolly, United States Attorney for the District of Delaware, and the defendant, Robert J. Harris, Jr., by and through his attorney, Kevin P. O'Neill, Esquire, the following agreement is hereby entered into by the respective parties:

1. The defendant shall enter a guilty plea to Count 1 of the Indictment. Count 1 charges Possession of a Firearm by a Felon, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2), carrying the maximum penalty of ten years incarceration, a $250,000 fine, three years supervised release, and a $100 special assessment. The United States will move to dismiss the remaining counts of the Indictment at sentencing.

2. <u>Count 1</u>: The elements of Possession of a Firearm by a Felon are as follows:

   a. The defendant possessed a firearm;

   b. The defendant's possession was knowing;

    c.    At the time of the defendant's possession, the firearm had affected interstate commerce, and;

    d.    At the time of the defendant's possession he was a convicted felon.

3.    The United States acknowledges that the defendant enters his guilty plea with the understanding that the Attorney General's Office for the State of Delaware agrees at sentencing to dismiss Indictment No. 0605008850 in the Superior Court for Kent County, Delaware, charging possession with intent to deliver cocaine, maintaining a dwelling for keeping controlled substances, and possession of drug paraphernalia, and to further dismiss Indictment No. 0603016985 in the Superior Court for Kent County, Delaware, charging the defendant with possession of cocaine and various automobile October 31, 2006traffic related charges.

4.    Provided that the United States does not learn after the defendant's entry of a guilty plea of conduct by the defendant inconsistent with acceptance of responsibility, the United States agrees to recommend at sentencing a two-level reduction for acceptance of responsibility under U.S.S.G. § 3E1.1(a). If the defendant's offense level is 16 or greater, the United States will move for an additional one point reduction, pursuant to U.S.S.G. § 3E1.1(a) and (b).

5.    The defendant agrees to not contest any state and/or federal administrative forfeiture proceedings regarding a .9mm, semi-automatic pistol, manufactured by Smith and Wesson, serial number TCK2909, seized by DEA agents and Dover Police Department officers on or about April 27, 2006, and to otherwise forfeit to the United States any interest he may have in that firearm.

6.    The defendant understands that at sentencing the District Court must consult the United States Sentencing Guidelines ("U.S.S.G.") and take them into account in exercising its discretion to determine the appropriate sentence and must also consider the other factors bearing on an appropriate sentence pursuant to 18 U.S.C. § 3553(a). The defendant further understands that the Government will

ask the Court to calculate the appropriate sentence under the U.S.S.G. and to impose a sentence consistent with the U.S.S.G.

7. It is further agreed by the parties that this Memorandum supersedes all prior promises, representations, and statements of the undersigned parties; that this Memorandum may be modified only in writing signed by all the parties; and that any and all promises, representations and statements made prior to or after this Memorandum are null and void and have no effect whatsoever, unless they comport with the subsequent written modification requirements of this paragraph.

                                          COLM F. CONNOLLY
                                          United States Attorney

_____          By:_____
Kevin P. O'Neill, Esquire                 Edmond Falgowski
Attorney for Defendant                    Assistant United States Attorney


_____
Robert J. Harris, Jr.
Defendant

Dated:


AND NOW, this _____ day of _____, 2007, the foregoing Memorandum of Plea Agreement is hereby (accepted) (rejected) by this Court.

                                          _____
                                          Honorable Gregory M. Sleet
                                          United States District Court

3