IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-81 GMS |
| | ) | |
| ROBERT J. HARRIS, JR. | ) | |
| | ) | |
| Defendant | ) | |

**AMENDED SCHEDULING ORDER**

A change of plea hearing was scheduled for February 15, 2007. The change of plea was canceled pending a motions hearing requested by the defendant.

IT IS HEREBY ORDERED that:

1. The court will hold a hearing on any pretrial motions filed on **February 28, 2007, at 9:300 a.m.** It will take place in Courtroom 4A on the fourth floor of the J. Caleb Boggs Federal Building located in Wilmington, Delaware.

2. The court will hold a pre-trial conference on **March 14, 2007, at 9:30 a.m.** No later than **one week prior to this conference**, counsel for the government will submit a joint set of jury instructions, with supporting authorities and objections, along with any proposed special voir dire of the jury panel. This submission will be accompanied by a computer diskette which contains a copy of these instructions and proposed special voir dire. Counsel will work out their own briefing schedule regarding any motions in limine. Motions in limine will be submitted in a manner so that briefing on them is completed on the day that the joint set of jury instructions and the proposed voir dire is due.

3. A two-day, jury trial is scheduled to commence on **April 2, 2007, at 9:30 a.m.** in Courtroom 4A on the fourth floor of the J. Caleb Boggs Federal Building located in Wilmington, Delaware. Counsel are to arrive in chambers at **9:00 a.m.** on the first morning of the trial; and

4. Pursuant to 18 U.S.C. § 3161(h)(8)(A), and based on the facts presented by the parties, the ends of justice served outweigh the best interest of the public and the defendant in holding trial before April 2, 2007.

_____
UNITED STATES DISTRICT JUDGE

February __16__, 2007



FILED

FEB 16 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE