IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-81 GMS |
| | ) | |
| ROBERT J. HARRIS, JR. | ) | |
| | ) | |
| Defendant | ) | |

## NOTICE OF RESCHEDULING

IT IS HEREBY ORDERED that the sentencing hearing regarding the above-captioned defendant is rescheduled to **Thursday, June 7, 2007, at 4:30 p.m.** before the Honorable Gregory M. Sleet, United States District Judge, U.S. Courthouse, Courtroom 4A, 844 N. King Street, Wilmington, DE.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

May 29, 2007