

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF DELAWARE
OFFICE OF THE CLERK

PETER T. DALLEO
CLERK OF COURT

U.S. COURTHOUSE
844 KING STREET, LOCKBOX 18
WILMINGTON, DELAWARE 19801
(302) 573-6170
www.ded.uscourts.gov

September 18, 2007

Edmond Falgowski
Assistant United States Attorney
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, DE 19899-2046

      RE:   Notice of Filing of a Writ of Habeas Corpus under
                28 U.S.C. § 2255

Dear Mr. Falgowski:

      Pursuant to Rule 3 of the rules governing the procedure in the district court on a motion under 28 U.S.C. § 2255, a copy of the motion is herewith served upon you together with the notice that the motion was filed on September 17, 2007 as follows:

**UNITED STATES OF AMERICA v. ROBERT J. HARRIS, JR.**
**Criminal Action No. 06-81 GMS**

                                            Sincerely,
                                            PETER T. DALLEO, CLERK

                                            *Marie McDavid*
                                            Deputy Clerk

I hereby acknowledge receipt of the original of this notice together with a copy of the motion on this _____ day of _____, 2007.

_____
Signature

_____
Title

cc: Robert J. Harris, Jr.