IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**FILED**
**OCT 25 2007**
U.S. DISTRICT
DISTRICT OF

RD scanned

ROBERT J. HARRIS JR., )
                      )
       Petitioner,    )
                      )
v.                    )   Criminal Action No. 06-81-GMS
                      )   Civil Action No. 07-560-GMS
UNITED STATES of AMERICA, )
                      )
       Respondent.    )

**AEDPA ELECTION FORM**

1. __X__ R.S.H.Jr.    I wish the court to rule on my § 2255 motion as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this motion will be my one opportunity to seek federal habeas corpus relief.

2. _____    I wish to amend my § 2255 motion to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later motions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive motion will be my one opportunity to seek federal habeas corpus relief.

3. _____    I wish to withdraw my § 2255 motion without prejudice to file one all-inclusive motion in the future; that is, one that raises all the grounds I have for

3

                federal habeas corpus relief. I realize this all-inclusive motion must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). See Swartz v. Meyers, 204 F.3d 417 (3d Cir. 2000).

4. _____  I am not seeking federal habeas corpus relief under § 2255. I am instead seeking relief under _____.

_/s/ [signature]_
Petitioner

4

Robert J. Harris Jr.
06136-015
U.S.P. Canaan
P.O. Box 300
Waymart, PA 18472

SCRANTON PA 185
23 OCT 2007 PM 2 L

Office of the Clerk
United State District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

Legal Mail

19801473513