IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT J. HARRIS, JR. )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA )<br>)<br>Respondent ) | Criminal Action No. 06-81 GMS<br>Civil Action No. 07-560 GMS |

**O R D E R**

At Wilmington this 30th day of October, 2007;

IT IS ORDERED that:

The government shall respond to petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (D.I. 35) by December 14, 2007.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE